In the Matter of JAMES N., Appellant. MONROE COUNTY ATTORNEY, Respondent. (Appeal No. 2.) [796 NYS2d 290]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered August 6, 2004 in a proceeding pursuant to Family Court Act article 3. The order adjudicated respondent a juvenile delinquent and placed respondent on probation for a period of 24 months.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of James N.* (19 AD3d 1047 [2005]). Present—Green, J.P., Hurlbutt, Scudder, Pine and Lawton, JJ.